IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN ARNOLD, : | |
|       Plaintiff, : | |
| : | |
|       v. : | Civil No. 5:23-cv-00231-JMG |
| : | |
| CHRISTINE E. WORMUTH : | |
| SECRETARY OF THE ARMY, : | |
|       Defendant. : | |

**ORDER**

**AND NOW,** this 31st day of October 2023, upon consideration of Defendant's Motion to Sever, Motion to Dismiss, and Motion to Transfer Venue (ECF No. 6), Plaintiffs' Response in Opposition (ECF No. 10), and Defendants' Reply in Support (ECF No. 13) **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 6) is **GRANTED in part**.

**IT IS FURTHER ORDERED** as follows:

1. All claims asserted under the Americans with Disabilities Act are **DISMISSED, with prejudice**.

2. Plaintiff is **GRANTED** leave to amend her Complaint and add the Rehabilitation Act of 1973 by no later than Friday, November 24, 2023.

3. All claims of gender discrimination and retaliation in Count I are **DISMISSED, with prejudice.**

4. All claims of retaliation in Count II are **DISMISSED, with prejudice**.

5. All remaining claims in Count II are **DISMISSED, without prejudice**.

6. All demands for punitive, liquidated, and double damages are **STRICKEN**.

7.  Venue remains proper in the Eastern District of Pennsylvania.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge