# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN ARNOLD,<br>         Plaintiff,<br><br>v.<br><br>CHRISTINE E. WORMUTH<br>SECRETARY OF THE ARMY,<br>         Defendant. | Civil No. 5:23-cv-00231-JMG |

## ORDER

**AND NOW**, this 14th day of March, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 47) and Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgement (ECF No. 50), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 47) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge